IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.  No. 2:25-CR-057-Z

JAMES ANDREW JEFFRIES

## FACTUAL RESUME

In support of James Andrew Jeffries's plea of guilty to the offense in Count Two of the Indictment, Jeffries, the defendant, David Sloan, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the Indictment, charging a violation of 18 U.S.C. § 924(c)(1), that is, Brandishing a Firearm During a Crime of Violence, the government must prove each of the following elements beyond a reasonable doubt:

Brandishing a Firearm During a Crime of Violence, 18 U.S.C. § 924(c)(1)[1]:

*First.*   That the defendant committed the crime alleged in Count One;

*Second.*   That the defendant knowingly used or carried a firearm during and in relation to the defendant's commission of the crime charged in Count One; and

*Third.*   That firearm was brandished during the commission of the crime of violence charged in Count One.

---

[1] Fifth Circuit Pattern Jury Instruction 2.44A (5th Cir. 2024).

James Andrew Jeffries
Factual Resume—Page 1

## STIPULATED FACTS

1. James Andrew Jeffries admits and agrees that on or about May 18, 2025, in the Amarillo Division of the Northern District of Texas, he did knowingly possess and brandish a firearm, that is, a Rohm Gesellschaft, model RG 14, .22 caliber revolver, serial number L545362, in furtherance of a crime of violence, that is, Affecting Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count One of the Indictment, an offense for which he may be prosecuted in a court of the United States, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

2. In May 2025, the Amarillo Police Department (APD) and the Federal Bureau of Investigation (FBI) jointly investigated an armed robbery of the Family Dollar Store located at 2500 SW 10th Avenue, Amarillo, Texas. On May 18, 2025, at approximately 9:00 p.m., an individual, later identified as James Andrew Jeffries, entered the Family Dollar Store.

3. Shortly after entering the Family Dollar Store, Jeffries pulled a small caliber revolver, pointed it at J.B. and A.G., the store clerks, and gave them commands to get on their knees and put their hands on their heads. Jeffries then ordered J.B. to open the register and put money in a bag. J.B. grabbed a Family Dollar sack, opened the register, and put the money in the bag. During the robbery, Jeffries grabbed J.B. and pushed him where he wanted him to go. At some point, Jeffries put the revolver into J.B.'s back and ordered him to hurry up. Jeffries then ordered J.B. to open the second register and put money in the bag. Before J.B. could finish, Jeffries grabbed the bag,

hopped over the counter, and fled the store. Law enforcement officers responded to the store and located some clothing in the area that Jeffries discarded when he fled the store.

4. On May 21, 2025, Investigators *Mirandized* and interviewed Jeffries about the robbery. Jeffries waived his rights and agreed to speak with the investigators. During the interview, Jeffries admitted to committing the Family Dollar Store robbery on May 18, 2025. Jeffries was shown multiple still photos from video surveillance and he identified himself as the person in the photos. Jeffries admitted to getting rid of the clothing that officers recovered near the scene. Jeffries admitted he used a revolver to commit the robbery and explained he bought the revolver a few weeks prior. He described it as a .22 caliber revolver, and that it was loaded with 4 rounds of ammunition. Jeffries said he fired the gun once before he bought it, so he knew it worked.

5. Jeffries admitted that the revolver he used during the robbery was inside of his vehicle. Jeffries gave both verbal and written consent for officers to search his vehicle and residence. During the search of the vehicle, investigators recovered a Rohm Gesellschaft, model RG 14, .22 caliber revolver, serial number L545362 that Jeffries used during the robbery. Officers also located additional clothing and shoes that Jeffries wore during the robbery.

6. Family Dollar is part of a national chain and has stores in almost every state. Its headquarters is in Virginia. Supplies for Family Dollar are shipped from a distribution center in Florida to a distribution center in Odessa, Texas. Family Dollar sells products and services which are manufactured outside the state of Texas to include cigarettes, alcohol, prepaid cellphones, and gift cards from numerous companies. Due to

James Andrew Jeffries
Factual Resume—Page 3

the robbery, Family Dollar lost $980.62 in cash and closed the remainder of the day resulting in an estimated loss of sales of approximately $1,000.00.

7. Jeffries agrees that he committed all the essential elements of the offenses alleged in Count Two of the Indictment. This factual resume is not intended to be a complete accounting of all the facts and events related to the offenses charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the Indictment.

AGREED TO AND STIPULATED on this 11th day of August, 2025.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
James Andrew Jeffries
Defendant

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Attorney-in-Charge
Texas State Bar Number 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:    806-324-2356
Facsimile:    806-324-2399
E-mail:    joshua.frausto@usdoj.gov

_____
David Sloan
Attorney for Defendant